Matthew F. Holmberg
Attorney at Law: 321167
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
CHA XIONG THOR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHA XIONG THOR | Case No.: 1:19-cv-00503-GSA |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE SETTLEMENT PROPOSAL |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Cha Xiong Thor and Defendant Andrew Saul, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 11 days from September 29, 2019 to October 10, 2019 for Plaintiff to submit her settlement proposal to defendant, with all other dates in the Court's scheduling order extended accordingly. This is

///

///

-1-

Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: September 23, 2019      Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Matthew F. Holmberg*

BY: _____
Matthew F. Holmberg
Attorney for plaintiff Mr. Cha Xiong Thor

DATE: September 23, 2019

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division

/s/ *Timothy R. Bolin*

BY: _____
Timothy R. Bolin
Special Assistant United States Attorney
Attorneys for defendant Andrew Saul
Commissioner of Social Security
|*authorized by e-mail|

IT IS SO ORDERED.

Dated: **October 8, 2019**      **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE