McGREGOR W. SCOTT
United States Attorney
DEBORAH L. STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN, SBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8982
    Facsimile: (415) 744-0134
    E-mail: timothy.bolin@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**(FRESNO)**

| | |
|---|---|
| CHA XIONG THOR, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No. 1:19-cv-00503-GSA <br><br> JOINT STIPULATION FOR EXTENSION OF TIME |

      The parties hereby stipulate, through their undersigned attorneys, that, subject to the Court's approval, Defendant shall have an extension of time until February 17, 2020, in which to file his answering brief, with all subsequent deadlines set forth in the Court's scheduling order

1

also extended accordingly. This is Defendant's first request for an extension. He so requests because of defense counsel's inordinately heavy caseload for January and February 2020, as well as recent absences for travel and illness. The parties stipulate in good faith, with no intent to delay proceedings unduly.

Respectfully submitted,

Date: *January 10, 2020*   */s/ Matthew Franklin Holmberg*
MATTHEW FRANKLIN HOLMBERG
Attorney for Plaintiff

Date: *January 10, 2020*   McGREGOR W. SCOTT
United States Attorney
DEBORAH L. STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

 */s/ Timothy R. Bolin*
TIMOTHY R. BOLIN
Special Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED.

Dated:   **January 13, 2020**   **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE