McGREGOR W. SCOTT
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8982
    Facsimile: (415) 744-0134
    E-mail: timothy.bolin@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**(FRESNO)**

| | |
|---|---|
| CHA XIONG THOR, | No. 1:19-cv-00503-GSA |
| Plaintiff, | JOINT STIPULATION FOR EXTENSION OF TIME |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

1  The parties hereby stipulate, through their undersigned attorneys, that, subject to the
2  Court's approval, Defendant shall have an extension of time until March 19, 2020, in which to
3  file his answering brief, with all subsequent deadlines set forth in the Court's scheduling order
4  also extended accordingly. Defendant requests this extension because of counsel's illness in
5  January and February 2020. The parties stipulate in good faith, with no intent to delay
6  proceedings unduly.

Respectfully submitted,

Date: *February 19, 2020*          */s/ Matthew Franklin Holmberg*
                                   MATTHEW FRANKLIN HOLMBERG
                                   Attorney for Plaintiff

Date: *February 19, 2020*          McGREGOR W. SCOTT
                                   United States Attorney
                                   DEBORAH L. STACHEL
                                   Regional Chief Counsel, Region IX
                                   Social Security Administration

                                    */s/ Timothy R. Bolin*
                                   TIMOTHY R. BOLIN
                                   Special Assistant United States Attorney
                                   Attorneys for Defendant

IT IS SO ORDERED.

   Dated:  **February 24, 2020**           **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE