1
2
3
4
5
6
7                        UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9

10   CHA XIONG THOR,                          No. 1:19-cv-00503-GSA

11                  Plaintiff,

12        v.                                  **ORDER DIRECTING DEFENDANT TO
                                              PROVIDE ADDITIONAL PROCEDURAL**
13   ANDREW SAUL, Commissioner of Social      **INFORMATION AND TO SUPPLEMENT
     Security,                                THE CERTIFIED ADMINISTRATIVE**
14                                            **RECORD AS REQUIRED**

15                  Defendant.

16

17

18        After its review of the procedural summaries set forth in the parties' briefs and the

19   certified administrative record in the above captioned case, the Court has identified an apparent

20   anomaly in the record.

21        The record appears to indicate that Plaintiff filed a prior application for disability benefits

22   on March 23, 2014.  AR 56.  The certified administrative record includes an initial disability

23   determination explanation dated August 20, 2014 (AR 56-72), but no disability determination

24   explanation on reconsideration.  The Commissioner denied the 2014 application on April 5, 2015.

25   AR 72, 83, 93-97.  Plaintiff did not request an administrative hearing.

26        Thereafter, Plaintiff filed another application on June 1, 2015.  AR 17.  The certified

27   administrative record does not include a disability determination explanation, either initially or

28   upon reconsideration after June 1, 2015.

                                            1

On June 22, 2018, the Administrative Law Judge (ALJ) denied Plaintiff's second application for benefits.  AR 14-16.  The procedural history set forth in the hearing decision appears to conflate the two separate applications:

> On June 1, 20*15,* the claimant filed an application for supplemental security income, alleging disability beginning February 20, 2014. The claim was denied initially on August 25, 20*14,* and upon reconsideration on April 5, 2016.

AR 17.

Nothing in the hearing decision suggests that the ALJ reviewed any disability determination explanations, prepared initially or upon reconsideration, following Plaintiff's 2015 application for benefits.

The parties' briefs do not resolve the apparent anomaly.  Plaintiff's brief simply restates the procedural history set forth in the hearing decision.  Doc. 16 at 2.  Defendant states, "The Social Security Administration (agency) denied Plaintiff's application for SSI benefits initially and upon reconsideration (AR 10, 83-86, 93-98)."  Doc. 21 at 2.  Defendant's citations refer to the hearing decision and the letters advising Plaintiff of denial of his applications initially and following reconsideration.

The Court cannot review Plaintiff's appeal in this case without an accurate account of the procedural history of the 2015 application that is the subject of the above-captioned case. Accordingly, the Court hereby directs Defendant to provide, within thirty (30) days of this order, a detailed explanation of the procedure followed in sequential denials (initial, reconsideration and hearing decision) of the 2015 application by the agency and the Social Security Administration. In addition, within thirty days of this order, the Defendant shall supplement the certified administrative record with the missing disability determination explanations (2014 reconsideration and 2015 initial and reconsideration) and any other omitted documents or material.

IT IS SO ORDERED.

Dated:   **May 10, 2020**                    **/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28