MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8962
    Facsimile: (415) 744-0134
    E-mail: timothy.bolin@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO)

| | |
|---|---|
| CHA XIONG THOR, | No. 1:19-cv-00503-GSA |
|     Plaintiff, | JOINT STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), ORDER OF REMAND, AND ENTRY OF JUDGMENT |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
|     Defendant. | |

    THE PARTIES HEREBY STIPULATE, through their undersigned attorneys and subject to the approval of the Court, to voluntary remand of this case for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g); to order of such remand; and to entry of judgment for Plaintiff. On remand, the agency will develop the record as necessary, consider any new evidence submitted, and issue a new decision.

    Remand is requested because some documents in the claim file related to Defendant's decision of June 22, 2018, cannot be located at this time. While this case was pending in the

1  agency, the claims file was converted from paper to electronic format. But the newly formatted
2  record does not contain the notice of initial determination or November 12, 2015, and the
3  disability determination explanations, which may contain opinions from State agency
4  consultants. The agency is concerned that the entire paper file was not converted into an
5  electronic format and that therefore the administrative law judge (ALJ) did not get to review the
6  full record. Therefore, the parties request remand to have the ALJ attempt to recreate the full file
7  and issue a new decision.

Respectfully submitted,

Date: *July 1, 2020*                  */s/ Matthew Franklin Holmberg*
                                      MATTHEW FRANKLIN HOLMBERT
                                      Attorney for Plaintiff

Date: *July 1, 2020*                  BENJAMIN B. WAGNER
                                      United States Attorney
                                      DEBORAH L. STACHEL
                                      Acting Regional Chief Counsel, Region IX
                                      Social Security Administration

                                       */s/ Timothy R. Bolin*
                                      TIMOTHY R. BOLIN
                                      Special Assistant United States Attorney

IT IS SO ORDERED.

   Dated:   **July 1, 2020**                   **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE

2