Matthew F. Holmberg
Attorney at Law: 321167
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Cha Xiong Thor

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHA XIONG THOR,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:19-cv-00503-GSA<br><br>STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

　　　IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Cha Xiong Thor be awarded attorney fees and expenses in the amount of three thousand two hundred and fifty dollars ($3,250.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

-1-

1     After the Court issues an order for EAJA fees to Cha Xiong Thor, the government will consider the matter of Cha Xiong Thor's assignment of EAJA fees to Matthew F. Holmberg.  The retainer agreement containing the assignment is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

    Fees shall be made payable to Cha Xiong Thor, but if the Department of the Treasury determines that Cha Xiong Thor does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Cha Xiong Thor.[1]  Any payments made shall be delivered to Matthew F. Holmberg.

    This stipulation constitutes a compromise settlement of Cha Xiong Thor's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Cha Xiong Thor and/or Matthew F. Holmberg including Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

///

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

This award is without prejudice to the rights of Matthew F. Holmberg and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: September 1, 2020       Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Matthew F. Holmberg*
BY:_____
Matthew F. Holmberg
Attorney for plaintiff Cha Xiong Thor

DATED: September 2, 2020

BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration


/s/ *Timothy R. Bolin*
_____
TIMOTHY R. BOLIN
Special Assistant United States Attorney
Attorneys for Defendant ANDREW SAUL,
Commissioner of Social Security
(Per e-mail authorization)


IT IS SO ORDERED.

Dated:   **September 9, 2020**                        **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

_____

-3-